No. 835. ADAMS NEWARK THEATER CO. ET AL. *v.* CITY OF NEWARK ET AL. Appeal from the Supreme Court of New Jersey. The application for stay is denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application. *Sylvan C. Balder* and *Isadore Gottlieb* for appellants. *Vincent J. Casale* for appellees.